**UNITED STATES BANKRUPTCY COURT**
MIDDLE **DISTRICT OF** FLORIDA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOFFMANN, THOMAS L | § | Case No. 8:10-BK-26524-MGW |
| HOFFMANN, SALLY I | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ANGELA WELCH ESPOSITO, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 564,473.00<br>*(Without deducting any secured claims)* | Assets Exempt: 251,653.00 |
| Total Distributions to Claimants: 25,532.58 | Claims Discharged<br>Without Payment: 153,241.57 |
| Total Expenses of Administration: 7,213.25 | |

3) Total gross receipts of $ 32,745.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 32,745.83 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 408,972.23 | $ 106,047.92 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,213.25 | 7,213.25 | 7,213.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 177,260.00 | 146,329.15 | 146,329.15 | 25,532.58 |
| **TOTAL DISBURSEMENTS** | $ 586,232.23 | $ 259,590.32 | $ 153,542.40 | $ 32,745.83 |

4) This case was originally filed under chapter 7 on 10/31/2010 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2013 By:/s/ANGELA WELCH ESPOSITO, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS 2010 tax ref | 1224-000 | 1,862.00 |
| CONTINGENT CLAIMS | 1229-000 | 26,883.11 |
| Other Litigation/Settlements | 1249-000 | 4,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.72 |
| **TOTAL GROSS RECEIPTS** | | **$** 32,745.83 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | 90,723.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 6275 Dearborn, MI 48121 | | 23,524.00 | NA | NA | 0.00 |
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 6275 Dearborn, MI 48121 | | 18,538.00 | NA | NA | 0.00 |
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 6275 Dearborn, MI 48121 | | 11,026.00 | NA | NA | 0.00 |
| | Fst Tn Bk Mp 6522 Chapman Hwy Knoxville, TN 37920 | | 53,702.00 | NA | NA | 0.00 |
| | LBPS IBM Lender Business Processi PO Box 4121 Beaverton, OR 97076-4121 | | 211,459.23 | NA | NA | 0.00 |
| 000001 | FIRST TENNESSEE BANK NATIONAL ASSOC | 4110-000 | NA | 54,632.09 | 0.00 | 0.00 |
| 000002 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 22,478.60 | 0.00 | 0.00 |
| 000003 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 10,713.90 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 18,223.33 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 408,972.23 | $ 106,047.92 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANGELA WELCH ESPOSITO | 2100-000 | NA | 3,824.58 | 3,824.58 | 3,824.58 |
| ANGELA WELCH ESPOSITO | 2200-000 | NA | 124.20 | 124.20 | 124.20 |
| Union Bank | 2600-000 | NA | 59.00 | 59.00 | 59.00 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |
| Union Bank | 2600-000 | NA | 68.83 | 68.83 | 68.83 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| CLERK OF BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| LASH ESQ., THOMAS | 3210-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 7,213.25 | $ 7,213.25 | $ 7,213.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | American General Finance Po Box 3121 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 21,789.00 | NA | NA | 0.00 |
| | Chase/kane 800 Brooksedge Blvd Westerville, OH 43081 | | 0.00 | NA | NA | 0.00 |
| | Expo/cbsd Po Box 6497 Sioux Falls, SD 57117 | | 1,788.00 | NA | NA | 0.00 |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | 7,466.00 | NA | NA | 0.00 |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbandale, IA 50323 | | 1,402.00 | NA | NA | 0.00 |
| 000008 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 24,000.00 | 24,000.54 | 24,000.54 | 4,187.79 |
| 000007 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 16,919.00 | 17,288.77 | 17,288.77 | 3,016.67 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | CAPITAL RECOVERY IV LLC | 7100-000 | 9,264.00 | 9,264.74 | 9,264.74 | 1,616.58 |
| 000012 | CAPITAL RECOVERY IV LLC | 7100-000 | 5,042.00 | 5,168.57 | 5,168.57 | 901.85 |
| 000013 | CAPITAL RECOVERY IV LLC | 7100-000 | 1,891.00 | 1,891.94 | 1,891.94 | 330.12 |
| 000005 | CHASE BANK USA, N.A. | 7100-000 | 23,836.00 | 23,836.49 | 23,836.49 | 4,159.17 |
| 000006 | CHASE BANK USA, N.A. | 7100-000 | 18,965.00 | 18,965.20 | 18,965.20 | 3,309.19 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 22,235.00 | 22,797.76 | 22,797.76 | 3,977.92 |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 6,074.00 | 6,206.37 | 6,206.37 | 1,082.93 |
| 000014 | HSBC BANK NEVADA, N.A. | 7100-000 | 5,362.00 | 5,681.54 | 5,681.54 | 991.36 |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 11,227.00 | 11,227.23 | 11,227.23 | 1,959.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 177,260.00 | $ 146,329.15 | $ 146,329.15 | $ 25,532.58 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 10-26524 MGW Judge: MICHAEL G. WILLIAMSON
Case Name: HOFFMANN, THOMAS L
HOFFMANN, SALLY I
For Period Ending: 04/24/13

Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE
Date Filed (f) or Converted (c): 10/31/10 (f)
341(a) Meeting Date: 12/03/10
Claims Bar Date: 05/01/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13713 Rothman Tate Place, Riverview, Florida | 192,000.00 | 0.00 | | 0.00 | FA |
| 2. 12905 Trade Port Place, Riverview, Florida | 84,500.00 | 0.00 | | 0.00 | FA |
| 3. cash | 100.00 | 0.00 | | 0.00 | FA |
| 4. savings and checking accounts | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Furniture and household furniture and furnishings. | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. clothing, wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7. wedding rings, watch | 650.00 | 0.00 | | 0.00 | FA |
| 8. term life insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 9. TransAmerica Term Life | 0.00 | 0.00 | | 0.00 | FA |
| 10. TransAmerica Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension | 58,445.00 | 0.00 | | 0.00 | FA |
| 12. 401 k | 186,208.00 | 0.00 | | 0.00 | FA |
| 13. 2010 Ford Focus SE 2020 miles | 12,030.00 | 0.00 | | 0.00 | FA |
| 14. 2009 Ford Fusion SES 10668 miles | 14,970.00 | 0.00 | | 0.00 | FA |
| 15. 2008 Ford Focus 22330 miles | 9,320.00 | 0.00 | | 0.00 | FA |
| 16. CONTINGENT CLAIMS (u)<br>Inheritance - Wife's Aunt rec'd 21,734 now initial dist, when estate closed debtor w expect to get approx 5148 | 0.00 | 26,883.11 | | 26,883.11 | FA |
| 17. CONTINGENT CLAIMS FDC Wells Fargo (u)<br>possible fdc action Lash WF | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 18. CONTINGENT CLAIMS 2010 tax ref (u)<br>2010 tax ref | 0.00 | 1,862.00 | | 1,862.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.72 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $564,473.00 | $30,745.11 | | $30,745.83 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 10-26524 MGW Judge: MICHAEL G. WILLIAMSON
Case Name: HOFFMANN, THOMAS L
HOFFMANN, SALLY I

Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE
Date Filed (f) or Converted (c): 10/31/10 (f)
341(a) Meeting Date: 12/03/10
Claims Bar Date: 05/01/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded. Issues: inheritance ($5,148.00) and fdc to atty lash- Chase and Wells Fargo
-1/25/11 emailed cpa jand d to see if will need tax return for inheritance
February 01, 2011, 09:36 am discuss status with attorney lash
February 01, 2011, 09:01 am sent ltr
-2/11 d. atty emailed questions: debtor says owes $4,000.00 in taxes on inheritance how does she deal w/? Put ? to CPA
J Donica to see if 1) need estate return and 2) what about D. liability.
-2/11 note UST no longer pursuing
-3/3/11 email from CPA w/ info need to get from debtor to analyze tax issues, sent to D. atty
March 10, 2011, 02:47 pm -9WGN735FUP-application to employ Tom Lash
April 21, 2011, 11:05 am -reviewed case-current
-7/11 tt atty re sett
-8/11 rec'd rest of inheritance, just FDC yet
-8/25/11 rev claims no objs; sent all info to Jan D. to do tax return for estate
-8/31/11 emailed CPA Jan D for status on tax return - does this case need one?
September 22, 2011, 02:30 pm email to David for Lash status update.
-9/11 CPA had 2 deaths in family, workingon
-11/7/11 emailed CPA for status
November 7, 2011, 12:14 pm -per David at Lash-FDC pending
December 15, 2011, 12:16 pm end of year case review
-12/11 per CPA no tax return due
-3/24/12 rev case w/ atty FDC still pending

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-26524 MGW Judge: MICHAEL G. WILLIAMSON
Case Name: HOFFMANN, THOMAS L
HOFFMANN, SALLY I

Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE
Date Filed (f) or Converted (c): 10/31/10 (f)
341(a) Meeting Date: 12/03/10
Claims Bar Date: 05/01/11

-4/20/12 email atty about this case need resolution soon, requested they provide status in writing
-4/23/12 email from tom lash saying he'll look into my request and get back to me
-6/23/12 email atty Lash, will close now unless hear from him
-6/23/12 email from atty Lash sd close to sett should close soon, emailed back, when specifically
June 26, 2012, 11:28 am TT david friedman today. $2K for Wells Fargo settled,check to us coming soon.
In negotiations with Chase on other claim. Discussed....we will wait and see where we are at after Wells Fargo payment arrives.
-7/12/12 work on sett agmt w/ Wells Fargo
-8/12 sett agmt w WF
August 23, 2012, 01:55 pm -Wells Fargo Settlemetnt $4000 e2000 a20000
-8/12 tt cpa doesn't need tax return, once have FDC sett $ can close
September 24, 2012, 01:24 pm one FDC is settled other is set for Trial in April 2013? Emailed David at Lash' s office for status report
September 25, 2012, 10:45 am David said Chase matter is set for April 2013. Emailed back that we are absorbing bank fees, if this is a low dollar claim, we will want to think about if it is worth keeping the case open.
October 08, 2012, 11:24 am Email from Lash, not work continuing the Chase matter, okay to close as is. They are sending funds for the FDC that settled right away.
Prepare for TFR
October 17, 2012, 11:34 am emailed David, were is FDC check? Responded that we should have it in a week.
-10/12 ALL $ IN
October 29, 2012, 10:58 am TFR
January 02, 2013, 10:59 am Forwarded all bank statements to Juanita Diaz (case over 25,000)
January 17, 2013, 04:23 pm -NOTICE
February 13, 2013, 02:54 pm -ECOD

Initial Projected Date of Final Report (TFR): 12/31/12 Current Projected Date of Final Report (TFR): 12/31/12

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-26524 -MGW
Case Name: HOFFMANN, THOMAS L
HOFFMANN, SALLY I
Taxpayer ID No: *******5110
For Period Ending: 04/24/13

Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE
Bank Name: Union Bank
Account Number / CD #: *******2448 Checking Account

Blanket Bond (per case limit): $ 47,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/10 | 16 | Hoffman, Thomas & Sally | inheritance | 1229-000 | 21,734.55 | | 21,734.55 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.46 | | 21,735.01 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | 0.26 | | 21,735.27 |
| 03/16/11 | 18 | Hoffman | tax ref | 1224-000 | 1,862.00 | | 23,597.27 |
| 08/24/11 | 16 | Hoffmana | inheritance | 1229-000 | 5,148.56 | | 28,745.83 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 59.00 | 28,686.83 |
| 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,618.00 |
| 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,549.17 |
| 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,480.34 |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,411.51 |
| 02/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,342.68 |
| 03/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,273.85 |
| 04/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,205.02 |
| 05/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,136.19 |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.83 | 28,067.36 |
| 10/25/12 | 17 | Lash & Wilcox | FDC Sett Wells Fargo Order Doc 42 | | 2,000.00 | | 30,067.36 |
| | | LASH & WILCOX | Memo Amount: 4,000.00<br>FDC Sett Wells Fargo Order Doc 42 | 1249-000 | | | |
| | | LASH ESQ., THOMAS | Memo Amount: ( 2,000.00 ) | 3210-000 | | | |
| 02/17/13 | 000301 | ANGELA WELCH ESPOSITO<br>12157 W. Linebaugh Ave PMB 401<br>Tampa, FL 33626 | Chapter 7 Compensation/Fees | 2100-000 | | 3,824.58 | 26,242.78 |
| 02/17/13 | 000302 | ANGELA WELCH ESPOSITO<br>12157 W. Linebaugh Ave PMB 401<br>Tampa, FL 33626 | Chapter 7 Expenses | 2200-000 | | 124.20 | 26,118.58 |
| 02/17/13 | 000303 | Clerk, United States Bankruptcy Court<br>United States Bankruptcy Court<br>801 N. Florida Ave. | CLERK, ADVERSARY FILING FEE | 2700-000 | | 293.00 | 25,825.58 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 30,745.83 | 4,920.25 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 10-26524 -MGW
Case Name: HOFFMANN, THOMAS L
HOFFMANN, SALLY I
Taxpayer ID No: *******5110
For Period Ending: 04/24/13

Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE
Bank Name: Union Bank
Account Number / CD #: *******2448 Checking Account
Blanket Bond (per case limit): $ 47,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Tampa, FL 33602-3899 | | | | | |
| 02/17/13 | 000304 | Clerk, United States Bankruptcy Court<br>United States Bankruptcy Court<br>801 N. Florida Ave.<br>Tampa, FL 33602-3899 | CLERK, ADVERSARY FILING FEE | 2700-000 | | 293.00 | 25,532.58 |
| 02/17/13 | 000305 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 17.44875% | 7100-000 | | 4,159.17 | 21,373.41 |
| 02/17/13 | 000306 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 17.44875% | 7100-000 | | 3,309.19 | 18,064.22 |
| 02/17/13 | 000307 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000007, Payment 17.44873% | 7100-000 | | 3,016.67 | 15,047.55 |
| 02/17/13 | 000308 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 17.44873% | 7100-000 | | 4,187.79 | 10,859.76 |
| 02/17/13 | 000309 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 17.44874% | 7100-000 | | 1,616.58 | 9,243.18 |
| 02/17/13 | 000310 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 17.44873% | 7100-000 | | 3,977.92 | 5,265.26 |
| 02/17/13 | 000311 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809 | Claim 000011, Payment 17.44869% | 7100-000 | | 1,082.93 | 4,182.33 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 21,643.25 |

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 10-26524 -MGW | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: | HOFFMANN, THOMAS L<br>HOFFMANN, SALLY I | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2448 Checking Account |
| Taxpayer ID No: | *******5110 | | |
| For Period Ending: | 04/24/13 | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 02/17/13 | 000312 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000012, Payment 17.44873% | 7100-000 | | 901.85 | 3,280.48 |
| 02/17/13 | 000313 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000013, Payment 17.44876% | 7100-000 | | 330.12 | 2,950.36 |
| 02/17/13 | 000314 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Claim 000014, Payment 17.44879% | 7100-000 | | 991.36 | 1,959.00 |
| 02/17/13 | 000315 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim 000015, Payment 17.44865% | 7100-000 | | 1,959.00 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 4,000.00 |
| Memo Allocation Disbursements: | 2,000.00 |
| Memo Allocation Net: | 2,000.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 30,745.83 | 30,745.83 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,745.83 | 30,745.83 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,745.83 | 30,745.83 | |

| | |
|---|---|
| Total Allocation Receipts: | 4,000.00 |
| Total Allocation Disbursements: | 2,000.00 |
| Total Memo Allocation Net: | 2,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2448 | 30,745.83 | 30,745.83 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 30,745.83 | 30,745.83 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 4,182.33 |

Ver: 17.01

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-26524 -MGW
Case Name: HOFFMANN, THOMAS L
HOFFMANN, SALLY I
Taxpayer ID No: *******5110
For Period Ending: 04/24/13

Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE
Bank Name: Union Bank
Account Number / CD #: *******2448 Checking Account
Blanket Bond (per case limit): $ 47,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Checking Account - ********2448 | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.01